**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

| | |
|---|---|
| Orange County Electrical Industry Health and Welfare Trust Fund, et al., | NO. C 09-03836 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| Telecom & Technical Systems, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on February 1, 2010. Pursuant to the Court's order, Plaintiffs have filed a Case Management Statement. (See Docket Item No. 10.) On October 20, 2009, the Clerk entered default as to Defendant. (See Docket Item No. 8.) In their Statement, Plaintiffs represent that they intend to file a motion for default judgment within the next 30 days. (Statement at 3.)

Accordingly, the Court VACATES the Case Management Conference. The Court sets a hearing on Plaintiffs' anticipated Motion for Default Judgment for **April 12, 2010 at 9 a.m.** Plaintiffs shall notice their Motion in accordance with the Civil Local Rules of the Court.

Dated: January 27, 2010

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Sonya Michlin Gordon sgordon@neyhartlaw.com

3

4  **Dated:  January 27, 2010**                                    **Richard W. Wieking, Clerk**

5                                                                               **By:      /s/ JW Chambers**
                                                                                        **Elizabeth Garcia**
6                                                                                        **Courtroom Deputy**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28