IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Orange County Electrical Industry Health and Welfare Trust Fund, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Telecom & Technical Systems, Inc.,<br><br>　　　　Defendant._____/ | NO. C 09-03836 JW<br><br>**JUDGMENT** |

　　　Pursuant to the Court's May 7, 2010 Order Granting Plaintiffs' Motion for Default Judgment, judgment is entered in favor of Plaintiffs Orange County Electrical Industry Health and Welfare Trust Fund, Local Union No. 441 of the International Brotherhood of Electrical Workers, and Douglas Chappell, against Defendant Telecom & Technical Systems, Inc.

　　　Judgment is entered against Defendant for $29,385.20 in contributions, $10,362.36 in liquidated damages, and $4,850.36 in interest plus $10.47 per day after April 12, 2010 until entry of judgment, and $5069.46 of fees and costs.

　　　The Clerk shall close this file.

Dated:  May 7, 2010

　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Sonya Michlin Gordon sgordon@neyhartlaw.com

4  **Dated:  May 7, 2010**                                                          **Richard W. Wieking, Clerk**

6                                                                                                    **By:      /s/ JW Chambers**
7                                                                                                              **Elizabeth Garcia**
                                                                                                               **Courtroom Deputy**